IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBRA LEBAKKEN, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>WEBMD, LLC,<br><br>　　Defendant. | CIVIL ACTION<br>FILE NO.: 1:22-cv-00644-TWT |

## CERTIFICATE OF SERVICE

Plaintiff Debra Lebakken, by her counsel, hereby certifies that she served a copy of Plaintiff's First Set of Interrogatories to Defendant WebMD, LLC on September 26, 2022, via electronic mail to counsel of record:

Jefferson M. Starr
LUEDER, LARKIN & HUNTER, LLC
Suite 205, Bldg. 14
3535 Piedmont Rd.
Atlanta, GA 30305
Telephone: 404-480-4028
Email: jstarr@luederlaw.com

Dated: September 26, 2022　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**
　　　　　　　　　　　　　　　　　　*/s/ Joshua D. Arisohn*
　　　　　　　　　　　　　　　　　　**Joshua D. Arisohn (*pro hac vice*)**
　　　　　　　　　　　　　　　　　　**Philip L. Fraietta (*pro hac vice*)**
　　　　　　　　　　　　　　　　　　888 Seventh Avenue

New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jarisohn@bursor.com
pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Christopher R. Reilly (*pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
creilly@bursor.com

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
H. Clay Barnett, III (GA Bar No. 174058)
Alyssa Baskam (GA Bar No. 776157)
Overlook II
2839 Paces Ferry Road SE, Suite 400
Atlanta, Georgia 30339
Clay.Barnett@Beasleyallen.com
Alyssa.Baskam@Beasleyallen.com

W. Daniel "Dee" Miles, III (*pro hac vice*)
J. Mitch Williams (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
T: 334-269-2343
Dee.Miles@Beasleyallen.com
Mitch.Williams@Beasleyallen.com

*Attorneys for Plaintiff*