## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LINDA M. JANCIK and SHERRI REEVES, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>WebMD LLC,<br><br>            Defendant. | Case No. 1:22-CV-00644-TWT<br><br>**SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Linda M. Jancik and Sherri Reeves ("Plaintiffs"), individually and on behalf of all other persons similarly situated, by and through their attorneys, make the following allegations pursuant to the investigation of their counsel and based upon information and belief, except as to allegations specifically pertaining to themselves and their counsel, which are based on personal knowledge.

## NATURE OF THE ACTION

1.    This is a class action suit brought on behalf of all persons who have accounts with Facebook and WebMD and who viewed videos on WebMD.com.

2.    WebMD LLC ("Defendant" or "WebMD") develops, owns, and operates a popular website, WebMD.com, which offers "health information on the internet."[1]    WebMD generates revenue "primarily through advertising and

1

sponsored content for pharmaceutical, biotech, and medical device companies, as well as hospitals, health insurance providers, and lifestyle and wellness brands."[2] WebMD receives advertising revenue, at least in part, by leveraging its platform and the videos it features.  One product's company, for example, marketed its antiperspirant by "creat[ing] videos about how to naturally mitigate the condition" and "distribut[ing] the videos on WebMD's site and across social media, using a custom  audience of people who had researched sweating."[3]

3.    Plaintiffs bring this action for damages and other legal and equitable remedies resulting from the illegal actions of Defendant in knowingly disclosing personally identifiable information—including a record of every video clip viewed by the user—to unrelated third parties.

4.    The VPPA prohibits "[a] video tape service provider who knowingly discloses, to any person, personally identifiable information concerning any consumer of such provider."  18 U.S.C. § 2710(a)(4).

---

[1] WEBMD, WHAT WE DO FOR OUR USERS, https://www.webmd.com/about-webmd-policies/about-what-we-do-for-our-users.

[2] Julia Belluz, *The truth about WebMD, a hypochondriac's nightmare and Big Pharma's dream*, VOX (Apr. 5, 2016), https://www.vox.com/2016/4/5/11358268/webmd-accuracy-trustworthy.

[3] Sarah Sluis, *WebMD Uses Data to Connect Sponsored Content To Customer Journeys*, ADEXCHANGER (Jan. 24, 2020), https://www.adexchanger.com/the-sell-sider/webmd-uses-data-to-connect-sponsored-content-to-customer-journeys/.

5.    The United States Congress passed the VPPA in 1988, seeking to confer onto consumers the power to "maintain control over personal information divulged and generated in exchange for receiving services from video tape service providers."  S. Rep. No. 100-599, at 8.  "The Act reflects the central principle of the Privacy Act of 1974: that information collected for one purpose may not be used for a different purpose without the individual's consent."  *Id.*

6.    Defendant violated the VPPA by knowingly transmitting Plaintiffs' and the putative class's personally identifiable information to unrelated third parties.

## FACTUAL BACKGROUND

## I.    The VPPA

7.    The origins of the VPPA begin with President Ronald Reagan's nomination of Judge Robert Bork to the United States Supreme Court.  During the confirmation process, a movie rental store disclosed the nominee's rental history to the Washington City Paper which then published that history.  Congress responded by passing the VPPA with an eye toward the digital future.  As Senator Patrick Leahy, who introduced the Act, explained:

> It is nobody's business what Oliver North or Robert Bork or Griffin Bell or Pat Leahy watch on television or read or think about when they are home.  In an area of interactive television cables, the growth of computer checking and check-out counters, of security systems and

telephones, all lodged together in computers, it would be relatively easy at some point to give a profile of a person and tell what they buy in a store, what kind of food they like, what sort of television programs they watch, who are some of the people they telephone.  I think that is wrong.

S. Rep. 100-599, at 5-6 (internal ellipses and brackets omitted).

8.      The VPPA prohibits "[a] video tape service provider who knowingly discloses, to any person, personally identifiable information concerning any consumer of such provider."   18 U.S.C. § 2710(b)(1).   The VPPA defines personally identifiable information as "information which identifies a person as having requested or obtained specific video materials or services from a video service provider."  18 U.S.C. § 2710(a)(3).  A video tape service provider is "any person, engaged in the business, in or affecting interstate or foreign commerce, of rental, sale, or delivery of prerecorded video cassette tapes or similar audio visual materials."  18 U.S.C. § 2710(a)(4).

## II.    Defendant is a Video Tape Service Provider

9.      Just like "department store[s]," "golf shop[s]," and "continuity club[s]," Defendant is a video tape service provider.  *See* S. Rep. 100-599, at 12-13.

10.     Defendant operates WebMD.com, a website that describes itself as "[t]he leading source for trustworthy and timely health and medical news and

information."[4]

11.    Defendant makes most of its money through advertising and sponsorships.  In 2016, for example, those revenue streams generated nearly 80% of its $705 million in total revenue.[5]

12.    Defendant drives advertising and sponsorship revenues through button clicks.  Nearly 80 million monthly active users visit WebMD.com, meaning Defendant can "distribute much of its sponsored content natively on the site, instead of relying on social platforms for distribution."[6]

13.    Defendant solicits button clicks through its videos and other content. As Kristy Hammam, Editor in Chief of WebMD, noted, "WebMD has been creating video for more than a decade, but what we've really been doing recently is increasing the volume of video in a substantial way."[7]  That renewed emphasis

---

[4] WEBMD, WEBMD – BETTER INFORMATION. BETTER HEALTH., www.webmd.com.

[5] WebMD Health Corp., *WebMD Reports Fourth Quarter and Full Year 2016 Financial Results*, PR NEWSWIRE (Feb. 16, 2017), https://www.prnewswire.com/news-releases/webmd-reports-fourth-quarter-and-full-year-2016-financial-results-300409091.html.

[6] Sarah Sluis, *WebMD Uses Data to Connect Sponsored Content to Customer Journeys*, AD EXCHANGER (Jan. 24, 2020), https://www.adexchanger.com/the-sell-sider/webmd-uses-data-to-connect-sponsored-content-to-customer-journeys/;    *See also* WebMD, WebMD Launches WebMD Care, Connecting Customers to Health Care Professionals (Jan. 14, 2020), https://www.webmd.com/corporate/press/20200114/webmd-care-launches.

comes from the recognition that there is "a growing demand for video," particularly for healthy living and lifestyle content.[8] To that end, in 2016, Defendant unveiled "programming partnerships with Robin Roberts 'Rock' n Robin Productions and Soledad O'Brien's Starfish Media to produce long-form content."[9] In 2020, Defendant also partnered with Twitter to "bring more WebMD content right to the Twitter feed with video content," including "WebMD video programming, featuring social-friendly explainers, myth-busters, medical animations and patient stories."[10]

14. Defendant monetizes button clicks on its videos in at least two ways. First, Defendant sells advertising space on the videos themselves.[11] Second, Defendant harvests data that sponsors can then leverage for their own products. In

---

[7] Laura Johnson, *WebMD Wants to Be Known for More Than Just Medical Information*, ADWEEK (May 12, 2006), https://www.adweek.com/performance-marketing/webmd-wants-be-known-more-just-medical-information-171424/.

[8] *Id.*

[9] *Id.*

[10] WEBMD, WEBMD AND TWITTER ANNOUNCE FIRST HEALTH CONTENT PARTNERSHIP; COLLABORATION LEVERAGES POWER OF BOTH PLATFORMS TO INFORM, EDUCATE ON HEALTH ISSUES, (Sept. 17, 2020), https://www.webmd.com/corporate/press/20200917/webmd-first-health-content-partnership.

[11] WEBMD, AD DELIVERY GUIDELINES FOR WEBMD CONSUMER VIDEO NETWORKING ADVERTISING, http://img.webmd.com/dtmcms/live/webmd/consumer_assets/site_images/miscellaneous/sales/WebMD_Tech_Specs_for_WebMD_Daily_Video_Sponsorship.pdf.

2020, for example, WebMD developed sponsored content for Certain Dri, a prescription strength antiperspirant for a condition called hyperhidrosis.[12] WebMD analyzed site traffic and found that, rather than searching for hyperhidrosis, "many people searched for simpler terms like 'excessive sweating.'"[13] Moreover, "WebMD also learned that many people want to know if they can treat the condition with lifestyle changes, such as modifying how they eat or dress."[14] Armed with this data, "Certain Dri created videos about how to naturally mitigate the condition," which Defendant then distributed "on WebMD's site and across social media, using a custom audience of people who had researched sweating."[15] Defendant describes this process to advertisers as "natively integrat[ing] your brand messaging through custom guided experiences and new video franchises that capture the look and feel of our editorial."[16]

15.    As the later allegations demonstrate, Defendant builds these custom audiences through data aggregators like Facebook, and Defendant shares this data

---

[12] Sarah Sluis, *WebMD Uses Data To Connect Sponsored Content to Customer Journeys*, AD EXCHANGER (Jan. 24, 2020), https://www.adexchanger.com/the-sell-sider/webmd-uses-data-to-connect-sponsored-content-to-customer-journeys/.

[13] *Id.*

[14] *Id.*

[15] *Id.*

[16] WEBMD, THE MOST TRUSTED CONTENT PROMOTING HEALTH, WELLNESS & PATIENT CARE., https://www.webmd.com/mediakit.

no matter how sensitive.[17]

## III.    Facebook and The Facebook Pixel

16.    Facebook is the largest social networking site on the planet, touting 2.9 billion monthly active users.[18] Facebook describes itself as a "real identity platform,"[19] meaning users are allowed only one account and must share "the name

---

[17] Madhumita Murgia and Max Harlow, *How Top Health Websites Are Sharing Sensitive Data With Advertisers*, FINANCIAL TIMES (Nov. 12, 2019), https://www.ft.com/content/0fbf4d8e-022b-11ea-be59-e49b2a136b8d ("The data shared included: [omitted] symptoms inputted into WebMD's symptom checker, and diagnoses received, including 'drug overdose', were shared with Facebook."); Rachel Kraus, *Of Course Big Tech Is Tracking Your WebMD Visits*, MASHABLE (Nov. 13, 2019), https://mashable.com/article/google-facebook-tracking-online-health-activity-webmd ("When you visit WebMD and enter your stuffy nose and sore throat into its 'symptom finder,' and then get a diagnosis (it's lupus!), Facebook, thanks to a data-sharing agreement, knows about it."); Brian Merchant, *Looking Up Symptoms Online? These Companies Are Tracking You*, VICE (Feb. 23, 2015, 10:25 AM), https://www.vice.com/en/article/539qzk/looking-up-symptoms-online-these-companies-are-collecting-your-data ("That means when you search for 'cold sores,' for instance, and click the highly ranked 'Cold Sores Topic Overview WebMD' link, the website is passing your request for information about the disease along to one or more (and often many, many more) other corporations."); Jack Linshi, *How Health Websites Are Sharing Your Symptom Searches*, TIME (Feb. 24, 2015, 4:39 PM), https://time.com/3721227/health-symptom-search/ ("From for-profit sites like WebMD.com to government sites like CDC.gov, health websites are passing along your searches to third-party websites…").

[18] Sean Burch, *Facebook Climbs to 2.9 Billion Users, Report 29.1 Billion in Q2 Sales*, YAHOO (July 28, 2021), https://www.yahoo.com/now/facebook-climbs-2-9-billion-202044267.html.

[19] Sam Schechner and Jeff Horwitz, *How Many Users Does Facebook Have? The Company Struggles to Figure It Out*, WALL. ST. J. (Oct. 21, 2021).

they go by in everyday life."[20]  To that end, when creating an account, users must provide their first and last name, along with their birthday and gender.[21]

17.    Facebook generates revenue by selling advertising space on its website.[22]

18.    Facebook sells advertising space by highlighting its ability to target users.[23]  Facebook can target users so effectively because it surveils user activity both on and off its site.[24]  This allows Facebook to make inferences about users beyond what they explicitly disclose, like their "interests," "behavior," and "connections."[25]  Facebook compiles this information into a generalized dataset called "Core Audiences," which advertisers use to apply highly specific filters and parameters for their targeted advertisements.[26]

---

[20] FACEBOOK, COMMUNITY STANDARDS, PART IV INTEGRITY AND AUTHENTICITY, https://www.facebook.com/communitystandards/integrity_authenticity.

[21] FACEBOOK, SIGN UP, https://www.facebook.com/

[22] Mike Isaac, *Facebook's profit surges 101 percent on strong ad sales.*, N.Y. TIMES (July 28, 2021), https://www.nytimes.com/2021/07/28/business/facebook-q2-earnings.html.

[23] FACEBOOK, WHY ADVERTISE ON FACEBOOK, https://www.facebook.com/business/help/205029060038706.

[24] FACEBOOK, ABOUT FACEBOOK PIXEL, https://www.facebook.com/business/help/742478679120153?id=1205376682832142.

[25] FACEBOOK, AD TARGETING: HELP YOUR ADS FIND THE PEOPLE WHO WILL LOVE YOUR BUSINESS, https://www.facebook.com/business/ads/ad-targeting.

19.     Advertisers can also build "Custom Audiences."[27]  Custom Audiences enable advertisers to reach "people who have already shown interest in [their] business, whether they're loyal customers or people who have used [their] app or visited [their] website."  With Custom Audiences, advertisers can target existing customers directly, and they can also build "Lookalike Audiences," which "leverages information such as demographics, interests, and behavior from your source audience to find new people who share similar qualities."[28]   Unlike Core Audiences, Custom Audiences require an advertiser to supply the underlying data to Facebook.  They can do so through two mechanisms: by manually uploading contact information for customers, or by utilizing Facebook's "Business Tools," which collect and transmit the data automatically.[29] One such Business Tool is the Facebook Tracking Pixel.

---

[26]  FACEBOOK, EASIER, MORE EFFECTIVE WAYS TO REACH THE RIGHT PEOPLE ON FACEBOOK, https://www.facebook.com/business/news/Core-Audiences.

[27] FACEBOOK, ABOUT CUSTOM AUDIENCES, https://www.facebook.com/business/help/744354708981227?id=2469097953376494.

[28] FACEBOOK, ABOUT LOOKALIKE AUDIENCES, https://www.facebook.com/business/help/164749007013531?id=401668390442328.

[29] FACEBOOK, CREATE A CUSTOMER LIST CUSTOM AUDIENCE, https://www.facebook.com/business/help/170456843145568?id=2469097953376494; FACEBOOK, CREATE A WEBSITE CUSTOM AUDIENCE, https://www.facebook.com/business/help/1474662202748341?id=2469097953376494.

20.    The Facebook Tracking Pixel is a piece of code that advertisers, like Defendant, can integrate into their website.    Once activated, the Facebook Tracking Pixel "tracks the people and type of actions they take."[30]    When the Facebook Tracking Pixel captures an action, it sends a record to Facebook.    Once this record is received, Facebook processes it, analyzes it, and assimilates it into datasets like Custom Audiences and Core Audiences.

21.    Advertisers control what actions—or, as Facebook calls it, "events"—the Facebook Tracking Pixel will collect.    The Facebook Tracking Pixel can capture the website's metadata, along with what pages a visitor views and what buttons a visitor clicks.[31]    Advertisers can also configure the Facebook Tracking Pixel to track other events.    Facebook offers a menu of "standard events" from which advertisers can choose, including what content a visitor views or purchases.[32] Advertisers can also create their own tracking parameters by building a "custom event."[33]

---

[30] FACEBOOK, RETARGETING, https://www.facebook.com/business/goals/retargeting.

[31] *See* FACEBOOK, FACEBOOK PIXEL, ACCURATE EVENT TRACKING, ADVANCED, https://developers.facebook.com/docs/facebook-pixel/advanced/; *see also* FACEBOOK, BEST PRACTICES FOR FACEBOOK PIXEL SETUP, https://www.facebook.com/business/help/218844828315224?id=12053766828321 42.

[32] FACEBOOK, SPECIFICATIONS FOR FACEBOOK PIXEL STANDARD EVENTS, https://www.facebook.com/business/help/402791146561655?id=12053766828321 42.

22.    Advertisers control how the Facebook Tracking Pixel identifies visitors. The Facebook Tracking Pixel is configured to automatically collect "HTTP Headers" and "Pixel-specific Data."[34] HTTP Headers collect "IP addresses, information about the web browser, page location, document, referrer and persons using the website."[35]  Pixel-specific Data includes "the Pixel ID and cookie."[36]

## IV.    WebMD And The Facebook Tracking Pixel

23.    WebMD hosts and delivers hundreds of videos, featuring them on its homepage and embedding them into its articles.

24.    WebMD hosts the Facebook Tracking Pixel on its website and transmits five distinct events to Facebook:[37]

**Figure 1**



---

[33] FACEBOOK, ABO    https://www.faceb                                  12053766828321 42.

[34] FACEBOOK, FACEBOOK PIXEL, https://developers.facebook.com/docs/facebook-pixel/.

[35] *Id.*

[36] *Id.*

[37] This data derives from a tool created and offered by Facebook.

25.     Three of the events—PageView, Button Click, and Microdata—reveal what video a subscriber has watched.

26.     PageView transmits the Universal Resource Locator ("URL") accessed:

**Figure 2**



27.     Microdata transmits the title and description of the video:

**Figure 3**



28.    Button Click registers every time a visitor clicks pause or play:

**Figure 4**

29.    The data from PageView, Microdata, and Button Click independently and jointly permit an ordinary person to identify a particular video's title and content.

30.    A visitor who is logged into Facebook while watching a video on WebMD will transmit the c_user cookie to Facebook.  The c_user cookie contains an unencrypted Facebook ID.  When accessing the above video, for example, eleven cookies were sent to Facebook, including the c_user cookie and corresponding Facebook ID:

**Figure 5**

| _fbp | fb.1.1642172799804.27... | .facebook.com |
|---|---|---|
| locale | en_US | .facebook.com |
| fr | 0pzkJ0KyCTCT4NFd8.A... | .facebook.com |
| xs | 22%3Ai_mjnOqjaC3Wo... | .facebook.com |
| c_user | 100035966074568 | .facebook.com |
| usida | eyJ2ZXIiOjEsImIkIjoiQXI... | .facebook.com |
| wd | 1836x906 | .facebook.com |
| datr | puvVYbIXaHVAAIbERd0... | .facebook.com |
| sb | vnjUYXzfkar3Y9up1wdkl... | .facebook.com |
| presence | C%7B%22t3%22%3A%5... | .facebook.com |
| spin | r.1004964303_b.trunk_t... | .facebook.com |

31.    When a visitor's browser has recently logged out of Facebook, WebMD will compel the browser to send a smaller set of cookies:

**Figure 6**

| locale | en_US | .facebook.com |
|---|---|---|
| fr | 096zubEa5V33eYYSu.AWVt... | .facebook.com |
| wd | 958x927 | .facebook.com |
| datr | u1_5YcAvMdr0u50Ot7mglWqc | .facebook.com |
| sb | aE_5YeNYWNmYwsOT1luY-u... | .facebook.com |

32.    The fr cookie contains, at least, an encrypted Facebook ID and browser identifier.[38]  The _fbp cookie contains, at least, an unencrypted value that uniquely identifies a browser.[39]  The datr cookies also identifies a browser. [40] Facebook, at a minimum, uses the fr and _fbp cookies to identify users.[41]

33.    If a visitor has never created a Facebook account, three cookies are transmitted, two of which are visible here:

**Figure 7**

| fr | 0dAoWIXiw3haahKjT..BiApy... | .facebook.com |
|----|------------------------------|----------------|
| sb | IJwCYtyFD-DWJjfFw3CwIm98 | .facebook.com |

34.    Missing from the above images is the first-party "_fbp cookie," which WebMD compels a browser to send in all three instances:

**Figure 8**



| _fbp | fb.1.1644338319874.31078845 | .webmd.com |
|------|------------------------------|-------------|

---

[38] DATA PROTECTION COMMISSIONER, FACEBOOK IRELAND LTD, REPORT OF RE-AUDIT (Sept. 21, 2012), http://www.europe-v-facebook.org/ODPC_Review.pdf.

[39] FACEBOOK, CONVERSION API, https://developers.facebook.com/docs/marketing-api/conversions-api/parameters/fbp-and-fbc/.

[40] FACEBOOK, COOKIES & OTHER STORAGE TECHNOLOGIES, https://www.facebook.com/policy/cookies/.

[41] FACEBOOK, COOKIES & OTHER STORAGE TECHNOLOGIES, https://www.facebook.com/policy/cookies/.

35.    Without a corresponding Facebook ID, the fr cookie contains, at least, an abbreviated and encrypted value that identifies the browser.  The _fbp cookie contains, at least, an unencrypted value that uniquely identifies a browser. Facebook uses both for targeted advertising.[42]

36.    The fr cookie will expire after 90 days unless the visitor's browser logs back into Facebook.[43]  If that happens, the time resets, and another 90 days begins to accrue.[44]

37.    The _fbp cookie will expire after 90 days unless the visitor's browser accesses the same website.[45]  If that happens, the time resets, and another 90 days begins to accrue.[46]

38.    The Facebook Tracking Pixel uses both first- and third-party cookies. A first-party cookie is "created by the website the user is visiting"—*i.e.*, WebMD.[47]

---

[42] *See* FACEBOOK, COOKIES & OTHER STORAGE TECHNOLOGIES, https://www.facebook.com/policy/cookies

[43] *See* FACEBOOK, COOKIES & OTHER STORAGE TECHNOLOGIES, https://www.facebook.com/policy/cookies/.

[44] Confirmable through developer tools.

[45] *See* FACEBOOK, COOKIES & OTHER STORAGE TECHNOLOGIES, https://www.facebook.com/policy/cookies/.

[46] Also confirmable through developer tools.

A third-party cookie is "created by a website with a domain name other than the one the user is currently visiting"—*i.e.*, Facebook.[48]  The _fbp cookie is always transmitted as a first-party cookie.  A duplicate _fbp cookie is sometimes sent as a third-party cookie, depending on whether the browser has recently logged into Facebook.

39.    Facebook, at a minimum, uses the fr, _fbp, and c_user cookies to link to Facebook IDs and corresponding Facebook profiles.

40.    The Facebook ID is personally identifiable information.  Anyone can identify a Facebook profile—and all personal information publicly listed on that profile—by appending the Facebook ID to the end of Facebook.com/.

41.    WebMD also uses "Advanced Matching."  With Advanced Matching, Defendant's Pixels "look for recognizable form fields and other sources on your website that contain information such as first name, last name and email."[49]  That information is recorded, "along with the event, or action, that took place."[50]  This

---

[47] PC MAG, FIRST-PARTY COOKIES, https://www.pcmag.com/encyclopedia/term/first-party-cookie.  This is confirmable by using developer tools to inspect a website's cookies and track network activity.

[48] PC MAG, THIRD-PARTY COOKIES, https://www.pcmag.com/encyclopedia/term/third-party-cookie.    This    is    also confirmable by tracking network activity.

[49] FACEBOOK, ABOUT ADVANCED MATCHING FOR WEB, https://www.facebook.com/business/help/611774685654668?id=1205376682832142.

information is "hashed,"[51] meaning it is "[a] computed summary of digital data that is a one-way process."[52]   In other words, it "cannot be reversed back into the original data."[53]

42.    WebMD discloses this information so it can better match visitors to their Facebook profiles, thereby allowing WebMD to better target its advertisements:

**Figure 9**



You can use Advanced Matching to help:

- Increase the number of attributed conversions. We can match more of the conversions that happen on your website to people on Meta. This helps you understand the impact of your ads on website conversions.

- Increase your Custom Audience size. We're able to better match your website visitors to people on Meta and increase the size of your Custom Audience.

- Decrease the cost per conversion. Conversion-optimized campaigns become more efficient because we can better identify and deliver ads to the types of people likely to take the actions you care about.

43.    As part of Advanced Matching, Defendant has enabled "Automatic Advanced Matching for Partner Integrations":

---

[50] *Id.*

[51] DEFINITION OF HASH, https://www.pcmag.com/encyclopedia/term/hash

[52] *Id.*

[53] *Id.*

**Figure 10**

```
fbq.registerPlugin("428750600651790", {__fbEventsPlugin: 1, plugin: function(fbq, instance, config)
fbq.loadPlugin("identity");
instance.optIn("428750600651790", "InferredEvents", true);
fbq.loadPlugin("jsonld_microdata");
instance.optIn("428750600651790", "MicrodataJsonLd", true);
fbq.loadPlugin("iwlbootstrapper");
instance.optIn("428750600651790", "IWLBootstrapper", true);
fbq.loadPlugin("iwlparameters");
fbq.loadPlugin("inferredevents");
instance.optIn("428750600651790", "IWLParameters", true);
fbq.set("iwlExtractors", "428750600651790", []);
fbq.loadPlugin("cookie");
instance.optIn("428750600651790", "FirstPartyCookies", true);
fbq.loadPlugin("inferredevents");
fbq.loadPlugin("microdata");
fbq.loadPlugin("identity");
instance.optIn("428750600651790", "AutomaticSetup", true);
fbq.loadPlugin("automaticmatchingforpartnerintegrations");
instance.optIn("428750600651790", "AutomaticMatchingForPartnerIntegrations", true);
```

44.    "Partners Integrations" means WebMD employs another third-party to "install Meta Business Tools."[54]

45.    Defendant has also customized its Pixel to collect a subscriber's email address through Manual Advanced Matching which discloses the email address whenever the "subscribe" button is clicked.

---

[54] FACEBOOK, ABOUT FACEBOOK PARTNER INTEGRATIONS, https://www.facebook.com/business/help/1179210765468894?id=1205376682832142

**Figure 11**



46.     When first subscribing, WebMD contains a form field for email:

**Figure 12**



47.     When subscribers enter their email into that form field, WebMD's

Pixel transmits this information to Facebook. When subscribers later navigate WebMD, the Facebook Tracking Pixel will transmit this identifier alongside the event data previously shown. The email address enables the social media site to match that event data with a Facebook profile.

48. WebMD knows Facebook will match the Advanced Matching parameters with a subscriber's subsequent activity, thereby helping WebMD "[i]ncrease the number of attributed conversions," "[i]ncrease [its] Custom Audience size," and "[d]ecrease the cost per conversion."[55]

49. By compelling a visitor's browser to disclose the Advanced Matching parameters alongside event data for videos, WebMD knowingly discloses information sufficiently permitting an ordinary person to identify a specific individual's video viewing behavior.

50. By compelling a visitor's browser to disclose the c_user cookie alongside event data for videos, WebMD knowingly discloses information sufficiently permitting an ordinary person to identify a specific individual's video viewing behavior.

_____

[55] FACEBOOK, ABOUT ADVANCED MATCHING FOR WEB,
https://www.facebook.com/business/help/611774685654668?id=12053766828321
42.

51.     By compelling a visitor's browser to disclose the fr and _fbp cookies alongside event data for videos, WebMD knowingly discloses information sufficiently permitting an ordinary person to identify a specific individual's video viewing behavior.

52.     Facebook confirms it matches activity on WebMD with a subscriber's profile. Facebook allows users to download their "Off-Facebook activity," which is a "summary of activity that businesses and organizations share with us about your interactions, such as visiting their apps or websites."[56]    Here, that report confirms WebMD discloses an individual's video-viewing history:

**Figure 13**

| Activity received from webmd.com | |
| --- | --- |
| ID | 428750600651790 |
| Event | CUSTOM |
| Received on | January 20, 2022 at 9:29 PM |
| ID | 428750600651790 |
| Event | CUSTOM |
| Received on | January 20, 2022 at 6:12 PM |

---

[56] FACEBOOK, WHAT IS OFF-FACEBOOK ACTIVITY?,
https://www.facebook.com/help/2207256696182627

53.    The "ID" shown here matches the Facebook Pixel ID visible in the first image.    The Facebook Pixel ID is a numerical code that uniquely identifies each Pixel.[57]    In practice, this means WebMD's Facebook Tracking Pixel has a Pixel ID that differs from all other websites.    All subscribers who view videos on WebMD's website can pull their off-site activity report and see the same Pixel ID.

54.    Individuals can subscribe to WebMD by clicking on the "subscribe" button:

**Figure 14**



55.    To subscribe, viewers must input their email address.  *See* Figure 11.

56.    Defendant frequently features its video content through its email newsletter, often dedicating entire sections to specific types of videos.

**Figure 15**



---

[57] FACEBOOK, GET STARTED, https://developers.facebook.com/docs/meta-pixel/get-started.

57.    These videos re-direct back to Defendant's website.

**Figure 16**



**V.    WebMD and Customer Lists**

58.    Defendant also uploads customer lists to Facebook that contain a subscriber's email address and event data.    Defendant uploads these lists so Facebook can match subscribers to their Facebook profiles.    As Facebook describes the process: "[Advertisers] provide us with information about [their] existing customers and we match this information with Facebook profiles."[58]    The

---

[58] FACEBOOK, CREATE A CUSTOMER AUDIENCE LIST,

customer lists must contain "'identifier[s]' (such as email, phone number, address),"[59] that Facebook then matches to "Facebook profiles so that [advertisers] can advertise to [their] customers on Facebook, Instagram and Audience Network."[60]

59.    Defendant combines these customer lists with offline event data to effectively target subscribers.  When advertisers create an ad campaign, Facebook will "match the offline data [they] upload to the event set so that [they] can see how much [their] ads resulted in offline activity."[61]  Facebook also recommends that advertisers, like Defendant, provide an accurate timestamp for each event, down to "the minute or second."

**Figure 17**



60.    As with Facebook's Business Tools, WebMD uploads customer lists and offline events so it can match a subscriber's video viewing history with his or her corresponding Facebook profile.

61.    Facebook again confirms this is true.  Facebook provides subscribers the ability to pull reports for "Audience-based advertising," which shows "Advertisers using your activity or information."  Defendant uploads list data to match subscribers with their video viewing history.

**Figure 18**



**VI.    Experience of Plaintiff Linda M. Jancik**

62.     In or about 2010, Plaintiff Jancik subscribed to WebMD, which required her to provide her email address.

63.     In or about July of 2015, Plaintiff Jancik created a Facebook account.

64.     Plaintiff Jancik frequently visits WebMD to, among other things, watch videos.

65.     When Plaintiff Jancik watched videos on WebMD.com, Defendant disclosed her Facebook ID, email address, and other identifiers to Facebook.

66.     When Plaintiff Jancik watched videos on WebMD.com, Defendant disclosed her event data, which includes the pages she viewed, the buttons she clicked, and metadata for the webpages she visited.  This event data sufficiently identified the video's title, subject, tags, and URL, along with when Ms. Jancik paused and played the video.  Prior to disclosure, WebMD's Pixel combined this event data with Ms. Jancik's identifiers, which it then transmitted to Facebook.

67.     Plaintiff Jancik discovered WebMD surreptitiously collected and transmitted her personally identifiable information in or about February 2023.

**Experience of Plaintiff Sherri Reeves**

68.     In 2009, Plaintiff Reeves subscribed to WebMD, which required her to provide her email address.

69.     In 2009, Plaintiff Reeves created a Facebook account.

28

70.    Plaintiff Reeves frequently visits WebMD to, among other things, watch videos.

71.    When Plaintiff Reeves watched videos on WebMD.com, Defendant disclosed her Facebook ID, email address, and other identifiers to Facebook.

72.    When Plaintiff Reeves watched videos on WebMD.com, Defendant disclosed her event data, which includes the pages she viewed, the buttons she clicked, and metadata for the webpages she visited.  This event data sufficiently identified the video's title, subject, tags, and URL, along with when Ms. Reeves paused and played the video.  Prior to disclosure, WebMD's Pixel combined this event data with Ms. Reeves's identifiers, which it then transmitted to Facebook.

73.    Plaintiff Reeves discovered WebMD surreptitiously collected and transmitted her personally identifiable information in or about February 2022.

## **PARTIES**

74.    Plaintiff Linda M. Jancik is, and has been at all relevant times, a resident of Acworth, Georgia and has an intent to remain there, and is therefore domiciliary of Georgia.

75.    Plaintiff Sherri Reeves is, and has been at all relevant times, a resident of Lexington, Mississippi and has an intent to remain there, and is therefore domiciliary of Mississippi.

76.    Defendant WebMD LLC is a Delaware corporation.  Defendant develops, owns, and operates WebMD.com, which is used throughout Georgia and the United States.

## JURISDICTION AND VENUE

77.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiffs' claims arise under the laws of the United States (the VPPA).

78.    This Court has personal jurisdiction over Defendant because Defendant has also contractually assented to this District's exercise of jurisdiction.

79.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this District.

## CLASS ALLEGATIONS

80.    **Class Definition:**  Plaintiffs seek to represent a class of similarly situated individuals defined as all persons in the United States who have a Facebook account, subscribed to WebMD, and viewed videos on WebMD's website. (the "Class").

81. Subject to additional information obtained through further investigation and discovery, the above-described Class may be modified or narrowed as appropriate, including through the use of multi-state subclasses.

82. **Numerosity (Fed. R. Civ. P. 23(a)(1)):** At this time, Plaintiffs do not know the exact number of members of the aforementioned Class. However, given the popularity of Defendant's website, the number of persons within the Class is believed to be so numerous that joinder of all members is impractical.

83. **Commonality and Predominance (Fed. R. Civ. P. 23(a)(2), 23(b)(3)):** There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class that predominate over questions that may affect individual members of the Class include:

> (a) whether Defendant collected Plaintiffs' and the Class's PII;
>
> (b) whether Defendant unlawfully disclosed and continues to disclose its users' PII in violation of the VPPA;
>
> (c) whether Defendant's disclosures were committed knowingly; and
>
> (d) whether Defendant disclosed Plaintiffs' and the Class's PII without consent.

84.    **Typicality (Fed. R. Civ. P. 23(a)(3)):**  Plaintiffs' claims are typical of those of the Class because Plaintiffs, like all members of the Class, used WebMD's website to watch videos, and had their PII collected and disclosed by Defendant.

85.    **Adequacy (Fed. R. Civ. P. 23(a)(4)):** Plaintiffs have retained and are represented by qualified and competent counsel who are highly experienced in complex consumer class action litigation, including litigation concerning the VPPA and its state-inspired offspring.  Plaintiffs and their counsel are committed to vigorously prosecuting this class action.  Moreover, Plaintiffs can fairly and adequately represent and protect the interests of the Class. Neither Plaintiffs nor their counsel has any interest adverse to, or in conflict with, the interests of the absent members of the Class.  Plaintiffs have raised viable statutory claims or the type reasonably expected to be raised by members of the Class and will vigorously pursue those claims.  If necessary, Plaintiffs may seek leave of this Court to amend this Class Action Complaint to include additional representatives to represent the Class, additional claims as may be appropriate, or to amend the definition of the Class to address any steps that Defendant took.

86. **Superiority (Fed. R. Civ. P. 23(b)(3)):** A class action is superior to other available methods for the fair and efficient adjudication of this controversy because individual litigation of the claims of all members of the Class is impracticable. Even if every member of the Class could afford to pursue individual litigation, the court system could not. It would be unduly burdensome to the courts in which individual litigation of numerous cases would proceed. Individualized litigation would also present the potential for varying, inconsistent or contradictory judgments, and would magnify the delay and expense to all parties and to the court system resulting from multiple trials of the same factual issues. By contrast, the maintenance of this action as a class action, with respect to some or all of the issues presented herein, presents few management difficulties, conserves the resources of the parties and of the court system and protects the rights of each member of the Class. Plaintiffs anticipate no difficulty in the management of this action as a class action.

## CAUSES OF ACTION

### COUNT I

#### VIOLATION OF THE VIDEO PRIVACY PROTECTION ACT
##### 18 U.S.C. § 2710, *et seq.*

87. Plaintiffs repeat the allegations contained in the paragraphs 1-79 above as if fully set forth herein.

88. Plaintiffs bring this claim individually and on behalf of the members of the proposed Class against Defendant.

89. Defendant is a "video tape service provider" because it disseminates hundreds of videos on its website and thus "engag[es] in the business, in or affecting interstate or foreign commerce, of rental, sale, or delivery of prerecorded video cassette tapes or similar audio visual materials." 18 U.S.C. § 2710(a)(4).

90. Plaintiffs and members of the Class are "consumers" because they subscribed to WebMD.  18 U.S.C. § 2710(a)(1).

91. Plaintiffs and the Class members viewed video clips using WebMD's website.

92. WebMD knowingly disclosed Plaintiffs' PII because it used that data to build audiences on Facebook and retarget them for their advertising campaigns.

93. Nor were Defendant's disclosures made in the "ordinary course of business" as the VPPA defines that term.  In particular, WebMD's disclosures to Facebook were not necessary for "debt collection activities, order fulfillment, request processing, [or] transfer of ownership."  18 U.S.C. § 2710(a)(2).

94.    On behalf of themselves and the Class, Plaintiffs seek: (i) declaratory relief;
(ii) injunctive and equitable relief as is necessary to protect the interests of
Plaintiffs and the Class by requiring Defendant to comply with VPPA's
requirements for protecting a consumer's PII; (iii) statutory damages of
$2,500 for each violation of the VPPA pursuant to 18 U.S.C. § 2710(c); and
(iv) reasonable attorneys' fees and costs and other litigation expenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs seek a judgment against Defendant, individually
and on behalf of all others similarly situated, as follows:

(a)    For an order certifying the Class under Rule 23 of the Federal Rules
of Civil Procedure, naming Plaintiffs as representatives of the Class,
and naming Plaintiffs' attorneys as Class Counsel to represent the
Class;

(b)    For an order declaring that Defendant's conduct violates the statutes
referenced herein;

(c)    For an order finding in favor of Plaintiffs and the Class on all counts
asserted herein;

(d)    An award of statutory damages to the extent available;

(e)    For punitive damages, as warranted, in an amount to be determined at

trial;

(f)    For prejudgment interest on all amounts awarded;

(g)    For injunctive relief as pleaded or as the Court may deem proper; and

(h)    For an order awarding Plaintiffs and the Class their reasonable

attorneys' fees and expenses and costs of suit.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b)(1), Plaintiffs demand a trial by jury of all

issues so triable.

Dated: 2/17/2023               Respectfully submitted,

By: */s/ Joshua D. Arisohn*
*Joshua D. Arisohn*

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn*
Philip L. Fraietta*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com
        pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Christopher R. Reilly*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
E-Mail: creilly@bursor.com

36

By: */s/ Alyssa Baskam*
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
Alyssa Baskam (GA Bar No. 776157)
H. Clay Barnett, III*
Overlook II
2839 Paces Ferry Road SE, Suite 400
Atlanta, Georgia 30339
Alyssa.Baskam@beasleyallen.com
Clay.Barnett@beasleyallen.com

**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
W. Daniel "Dee" Miles, III*
J. Mitch Williams*
272 Commerce Street
Montgomery, Alabama 36104
T: 334-269-2343
Dee.Miles@Beasleyallen.com
Mitch.Williams@Beasleyallen.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs and the Putative*
*Class*