# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINDA M. JANCIK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBMD, LLC,<br><br>Defendant. | CIVIL ACTION<br>FILE NO.: 1:22-cv-00644-TWT |

# DECLARATION OF JOSHUA D. ARISOHN
# IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Joshua D. Arisohn, declare as follows:

1. I am an attorney at law licensed to practice in the State of New York and admitted pro hac vice in this matter. I am a partner in the law firm Bursor & Fisher, P.A., counsel of record for Plaintiffs. I make this declaration in support of Plaintiffs' motion for class certification. I have personal knowledge of the facts herein and if called as a witness, I could and would testify competently thereto under oath.

2. Attached hereto as Exhibit 1 are true and correct excerpts from the May 21, 2024 30(b)(6) deposition transcript of Sean Mario.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Tobias Woolridge in Support of Defendant Meta Platforms, Inc.'s Opposition to Plaintiffs' Motion for Preliminary Injunction filed on June 17, 2022 in *In re Meta Pixel Healthcare Litigation,* Case No. 3:22-cv-3580-WHO (N.D. Cal.).

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendant WebMD, LLC's Response to Plaintiff's First Set of Interrogatories.

5. Attached hereto as Exhibit 4 is a true and correct copy of a spreadsheet titled "META_WEBMD_00000001_HIGHLY CONFIDENTIAL_ATTORNEY'S EYES ONLY." This Exhibit will be submitted to the Court via thumb drive along with courtesy copies of Plaintiff's motion

papers.

6.      Attached hereto as Exhibit 5 are true and correct excerpts from the June 18, 2024 deposition transcript of Peter Strangfeld.

7.      Attached hereto as Exhibit 6 is a true and correct copy the 6/26/24 Declaration of Linda M. Jancik in Support of Motion for Class Certification.

8.      Attached hereto as Exhibit 7 is a true and correct copy of an 10/19/2020 email from Sean Mario, bearing bates number WebMD000962-963.

9.      Attached hereto as Exhibit 8 are true and correct copies of WebMD emails sent to Plaintiff Jancik, bearing bates number JANCIK 000001-24.

10.     Attached hereto as Exhibit 9 is a true and correct copy of an 5/24/2022 email to Sean Mario, bearing bates number WebMD000973-976.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the "About" page from Linda Jancik's Facebook profile.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Bursor & Fisher, P.A.'s firm resume.

13.     Attached hereto as Exhibit 12 is a true and correct copy of a document titled "WebMD Privacy Policy," bearing bates number WebMD000278-298.

14.     Attached hereto as Exhibit 13 is a true and correct copy of a document titled "WebMD Cookie Policy," bearing bates number WebMD001029-1037.

15.     Attached hereto as Exhibit 14 is a true and correct copy of a document

3

titled "Advertising Policy" from the WebMD website.

16. Attached hereto as Exhibit 19 is a true and correct copy of a document titled "Meta Business Tools Terms."

17. Attached hereto as Exhibit 20 is a true and correct copy of a document titled "Facebook Business Tools Terms."

18. Attached hereto as Exhibit 21 is a true and correct copy of a document titled "Meta Pixel Helper."

19. Attached hereto as Exhibit 22 is a true and correct copy of a 12/13/2018 email to Peter Strangfeld, bearing bates number WebMD000613-616.

20. Attached hereto as Exhibit 23 is a true and correct copy of a document titled "Specifications for Meta Pixel Standard Events."

21. Attached hereto as Exhibit 25 is a true and correct copy of a spreadsheet titled "2023.04.10 WebMD Updated Class Info Spreadsheet." This Exhibit will be submitted to the Court via thumb drive.

22. Attached hereto as Exhibit 27 is a true and correct copy of a spreadsheet titled "Exhibit 0027 – WebMD001134_Pdf." This Exhibit will be submitted to the Court via thumb drive along with courtesy copies of Plaintiff's motion papers.

23. Attached hereto as Exhibit 30 is a true and correct copy of a 3/25/2020 email to Peter Stranfeld, bearing bates number WebMD000853-855.

24. Attached hereto as Exhibit 34 is a true and correct copy of a 2/10/2022 email from Peter Strangfeld, bearing bates number WebMD000911-913.

I declare under the penalty of perjury under the law of the State of New York that the foregoing is true and correct, executed on June 28, 2024 at New York, New York.

By: ___/s/ Joshua D. Arisohn___
Joshua D. Arisohn