IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINDA M. JANCIK, individually and
on behalf of all others similarly
situated,

     Plaintiff,

v.

WEBMD, LLC,

     Defendant.

CIVIL ACTION
FILE NO.: 1:22-cv-00644-TWT

**PLAINTIFF'S MOTION FOR
<u>LEAVE TO FILE UNDER SEAL</u>**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, Part II(J)(2)(e) of Appendix H to the Local Rules, and Paragraph (n) of the Court's Standing Order Regarding Civil Litigation, Plaintiff Linda M. Jancik ("Plaintiff"), respectfully moves the Court to file under seal Exhibits 1, 4, 5, 9, 22, 25, 27 and 30 to the Declaration of Joshua D. Arisohn ("Arisohn Decl.") in support of Plaintiff's Motion for Class Certification, and portions Plaintiff's Motion for Class Certification that reference the above-listed exhibits.

Exhibits 1, 4, 5, 9, 22, 25, 27 and 30 to the Arisohn Decl. in Support of Plaintiff's Motion for Class Certification are materials produced in this litigation, which WebMD has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only," pursuant to the Joint Protective Order (Dkt. 47). As a

1

result, Plaintiff submits these documents under seal pursuant to the process described in Part II(J)(2)(d)-(e) of Appendix H to the Local Rules. WebMD has been served with this Motion via the ECF system, and pursuant to Part II(J)(2)(e) of Appendix H to the Local Rules, WebMD has the burden of establishing good cause for sealing.

Dated: June 28, 2024

/s/ Philip L. Fraietta
Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta*
Joshua D Arisohn*
Alec M. Leslie*
1330 Avenue of the Americas
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
pfraietta@bursor.com
jarisohn@bursor.com
aleslie@bursor.com

H. Clay Barnett, III (GA Bar No. 174058)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Overlook II
2839 Paces Ferry Road SE, Suite 400
Atlanta, Georgia 30339
Clay.Barnett@Beasleyallen.com

W. Daniel "Dee" Miles, III*
J. Mitch Williams*
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

2

272 Commerce Street
Montgomery, Alabama 36104
T: 334-269-2343
Dee.Miles@Beasleyallen.com
Mitch.Williams@Beasleyallen.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

## <u>LOCAL RULE 7.1(D) CERTIFICATION</u>

The undersigned counsel certifies that the foregoing document has been prepared with one of the font and point selections approved by the Court in LR 5.1(B).


Dated:  June 28, 2024                    */s/ Joshua D. Arisohn*
                                         Joshua D. Arisohn (admitted *pro hac vice*)