IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINDA M. JANCIK, individually and
on behalf of all others similarly
situated,

     Plaintiff,

v.

WEBMD, LLC,

     Defendant.

CIVIL ACTION
FILE NO.: 1:22-cv-00644-TWT

**PLANTIFF'S BRIEF IN SUPPORT OF MOTION FOR
LEAVE TO FILE UNDER SEAL**

Linda M. Jancik ("Plaintiff"), respectfully moves the Court for leave to file under seal Exhibits 1, 4, 5, 9, 22, 25, 27 and 30 to the Declaration of Joshua D. Arisohn ("Arisohn Decl.") in support of Plaintiff's Motion for Class Certification, and the portions of Plaintiff's Motion for Class Certification that reference the confidential material. Although "[d]ocuments filed in court are presumptively public," the Local Rules provide a process to request that documents be filed under seal. App. H, Pt. II-J. Plaintiff submits this brief and accompanying motion for leave to file under seal pursuant to the requirements of Part II-J(2)(d) of Appendix H.

Exhibits 1, 4, 5, 9, 22, 25, 27 and 30 to the Arisohn Decl. contain  materials which  Defendant WebMD, LLC ("Defendant" or "WebMD") has  designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in their entirety,

pursuant to the Joint Protective Order (Dkt. 47).  Accordingly, pursuant to Part II-J(2)(e)(ii) of Appendix H, the "nature of the request or designation" for each document at issue is that WebMD—the producing party—has asserted that the materials contained in these documents satisfy the definition of "Confidential" or "Highly Confidential — Attorneys' Eyes Only" material under the Protective Order, and that they contain Defendant's allegedly commercially sensitive and confidential business information.

Since Plaintiff is moving to file these materials under seal "because . . . non-movant [WebMD] has requested protection of the document[s] from public disclosure," it is WebMD, as the non-moving party that designated the materials as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," which "bear[s] the burden of establishing good cause for sealing and must" submit a response to the motion to seal that provides "the information required by subsections 2(d)(ii) through (2)(d)(iv)" of Part II-J. *Id.*, Pt. II-J(2)(e).

Dated: June 28, 2024                    */s/ Joshua D. Arisohn*
                                         Joshua D. Arisohn

                                    **BURSOR & FISHER, P.A.**
                                    Philip L. Fraietta*
                                    Joshua D Arisohn*
                                    Alec M. Leslie*
                                    1330 Avenue of the Americas
                                    New York, NY 10019
                                    Tel: (646) 837-7150
                                    Fax: (212) 989-9163

2

pfraietta@bursor.com
jarisohn@bursor.com
aleslie@bursor.com

H. Clay Barnett, III (GA Bar No. 174058)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Overlook II
2839 Paces Ferry Road SE, Suite 400
Atlanta, Georgia 30339
Clay.Barnett@Beasleyallen.com

W. Daniel "Dee" Miles, III*
J. Mitch Williams*
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
T: 334-269-2343
Dee.Miles@Beasleyallen.com
Mitch.Williams@Beasleyallen.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

3

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that the foregoing document has been prepared with one of the font and point selections approved by the Court in LR 5.1(B).

Dated:  June 28, 2024                    */s/ Joshua D. Arisohn*
                                         Joshua D. Arisohn (admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated:  June 28, 2024                    */s/ Joshua D. Arisohn*
                                       Joshua D. Arisohn (admitted *pro hac vice*)

2