IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINDA M. JANCIK, individually and on
behalf of all others similarly situated,

        Plaintiff,

    v.

WEBMD, LLC,

        Defendant

Case No. 1:22-cv-00644-TWT

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE UNDER SEAL**

Plaintiff has moved, under Rule 7 of the Federal Rules of Civil Procedure, Part II(J)(2)(e) of Appendix H to the Local Rules, and Paragraph (n) of the Court's Standing Order Regarding Civil Litigation, to seal Exhibits 1, 4, 5, 9, 22, 25, 27, and 30 to the Declaration of Joshua D. Arisohn ("Arisohn Decl.") in support of Plaintiff's Motion for Class Certification, and the portions of Plaintiff's Motion for Class Certification that reference said exhibits, filed pursuant to the parties Joint Protective Order (the "Protective Order") (Dkt. 47). The specific portions that Plaintiff seeks to seal are identified with yellow highlighting in the unredacted copies of those exhibits.

The Court has considered the exhibits that Plaintiff seeks to seal, as well as the arguments supporting that sealing request, as stated in Plaintiff's brief in support of her motion to seal. The Court finds that Plaintiff has demonstrated good cause

1

to seal, and GRANTS the motion to seal. *See Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d at 1310 (discovery materials may be sealed upon a showing of "good cause").

DATED: _____

_____
The Honorable Thomas W. Thrash, Jr.
United States District Court Judge