# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINDA JANCIK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WEBMD, LLC,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO.: 1:22-cv-00644-TWT |

## DECLARATION OF JOSHUA D. ARISOHN
## IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR CLASS CERTIFICATION

I, Joshua D. Arisohn, declare as follows:

1. I am an attorney at law licensed to practice in the State of New York and admitted pro hac vice in this matter. I am a partner in the law firm Bursor & Fisher, P.A., counsel of record for Plaintiff. I make this declaration in support of Plaintiff's Reply Brief in Support of Motion for Class Certification. I have personal knowledge of the facts herein and if called as a witness, I could and would testify competently thereto under oath.

2. Attached hereto as Exhibit 3 is a true and correct copy of Defendant WebMD, LLC's Response to Plaintiff's First Set of Interrogatories.

3. Attached hereto as Exhibit 4 is a true and correct copy of a spreadsheet titled "META_WEBMD_0000001_HIGHLY CONFIDENTIAL_ATTORNEY'S EYES ONLY." This Exhibit will be submitted to the Court via thumb drive along with courtesy copies of the Plaintiff's motion papers. This Exhibit was previously filed under seal in connection with Plaintiff's Motion for Class Certification (Dkt. No. 83-6).

4. Attached hereto as Exhibit 25 is a true and correct copy of a spreadsheet titled "2023.04.10 WebMD Updated Class Info Spreadsheet." This Exhibit will be submitted to the Court via thumb drive. This Exhibit was previously filed under seal in connection with Plaintiff's Motion for Class Certification (Dkt. No. 83-22).

5. Attached hereto as Exhibit 35 is a true and correct copy of the "Subscribe" pop-up box from the WebMD.com home page, which was marked as Exhibit 11 at the May 21, 2024 30(b)(6) deposition of Sean Mario.

6. Attached hereto as Exhibit 36 are true and correct excerpts from the May 21, 2024 30(b)(6) deposition transcript of Sean Mario.

7. Attached hereto as Exhibit 37 are true and correct excerpts from the January 23, 2024 30(b)(6) deposition transcript of Tobias Wooldridge from *McDaniel et al. v. Meta Platforms, Inc. fka Facebook, Inc.*, Case No. 21-cv-383231 (Sup. Ct. of CA, Santa Clara Cty.)

8. Attached hereto as Exhibit 38 is a true and correct copy of the May 13, 2024 Declaration of Qiwen Xia.

9. Attached hereto as Exhibit 39 is a true and correct copy of the September 26, 2024 Rebuttal Expert Report of Anya Verhovskaya.

I declare under the penalty of perjury under the law of the State of New York that the foregoing is true and correct, executed on September 27, 2024, at New York, New York.

By:    */s/ Joshua D. Arisohn*
       Joshua D. Arisohn