# Exhibit U
# (Partially Sealed)

```
1              IN THE UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF GEORGIA

3                       ATLANTA DIVISION

4      - - - - - - - - - - - - x

5    LINDA M. JANCIK,            :

6    individually and on         :

7    behalf of all others        :   Case No.

8    similarly situated,         :   1:22-CV-00644-TWT

9          Plaintiffs,           :

10      v.                       :

11   WEBMD, LLC,                 :

12          Defendant.           :

13     - - - - - - - - - - - - x

14

15            Deposition of ANYA VERKHOVSKAYA

16                 Conducted Virtually

17             Wednesday, January 8, 2025

18                    10:01 a.m. CT

19

20

21

22

23    Job No.: 565766

24    Pages: 1 - 97

25    Reported By: Courtney Petros, RPR, CSR
```

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                           2

1       Deposition of ANYA VERKHOVSKAYA, conducted

2   virtually:

3

4

5

6

7

8

9       Pursuant to notice, before Courtney Petros, a

10   Certified Shorthand Reporter and Registered

11   Professional Reporter in and for the State of

12   Illinois.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              A P P E A R A N C E S

2   ON BEHALF OF THE PLAINTIFFS:

3       ALEC LESLIE, ESQUIRE

4       BURSOR & FISHER, P.A.

5       1330 Avenue of the Americas

6       New York, NY 10019

7       646.837.7126

8

9   ON BEHALF OF THE DEFENDANT:

10      PAUL ROSENTHAL, ESQUIRE

11      FAEGRE DRINKER BIDDLE & REATH, LLP

12      600 Campus Drive

13      Florham Park, NH 07932

14      973.360.9831

15

16  ALSO PRESENT:

17       Diamante Parrish, Planet Depos Technician

18

19

20

21

22

23

24

25
```

1     Q   Do you know how much your company has

2     billed Plaintiffs' counsel for this matter so far?

3     A   Under $10,000.

4     Q   Did you provide Plaintiffs' counsel with a

5     budget for this matter?

6     A   I don't recall.

7     Q   Do you have an estimate of how much you

8     would expect to be compensated in this matter?

9     A   I don't know how much more work will be

10    involved in this matter.

11    Q   Have you ever been disclosed as a

12    testifying expert in a prior case involving claims

13    under the VPPA?

14    A   No.

15    Q   Have you ever been disclosed as a

16    testifying expert in a prior case involving claims

17    of wiretapping or eavesdropping from a website's

18    use of pixel software?

19    A   No.

20    Q   Have you ever been a party to a litigation

21    yourself?

22    A   Yes.

23    Q   What was the context of that litigation?

24    A   (Indiscernible.)

25        THE STENOGRAPHER:  I'm sorry.  That broke

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                    28

1      Q  Are you offering any opinions concerning

2  website privacy controls in this case?

3      A  No.

4      Q  Have you published any articles or offered

5  any opinions on the Facebook Pixel or other

6  website-based pixels?

7      A  No.

8      Q  Have you published any articles or offered

9  any opinions on website browser or cookie settings

10  in the past?

11      A  No.

12      Q  Do you have any expertise or experience

13  concerning Facebook event data?

14      A  It's limited to the data reviewed in this

15  case.

16      Q  Is this the only case in which you've had

17  an opportunity to review Facebook event data?

18      A  I think so.

19      Q  Sitting here today, can you think of

20  another instance in which you had an opportunity

21  to review Facebook event data?

22      A  I don't recall that.  I don't think so.

23      Q  Turning back to paragraph 2 of the report

24  that's marked as Exhibit 1, it states, starting in

25  the middle of the paragraph, I understand that,

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                    54

1   Meta associates Facebook -- or Facebook accounts

2   to e-mail addresses.



13       Q  And you don't know the specific steps or

14   requirements that it would take for Meta to

15   determine what Facebook account might be linked

16   with a particular e-mail address, fair?

17       A  Fair.  But the identifying -- the

18   information was provided for named plaintiff, so I

19   assume that it's -- the same information can be

20   provided by other -- for other individuals.

21       Q  Do you know how long it would take for

22   Meta to investigate any given e-mail address to

23   confirm if there was an associated Facebook

24   account?

25       A  I do not.

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                                    55

1          Q   And once a Facebook account is identified,

2     do you know what additional account information

3     would be accessible at Meta?

4          A   Well, at least the same ones -- the same

5     information that was provided for named plaintiff.

6          Q   But you don't know what steps Meta had to

7     take in order to pull the information for

8     Ms. Jancik, fair?

9          A   That's correct.

10         Q   And, for example, you don't know how many

11    different databases or manual processes may have

12    been involved in pulling that information for one

13    individual consumer, right?

14         A   That's correct.

15             MR. ROSENTHAL:  I'd like to mark as the

16    next exhibit in order, which is Exhibit 3, the

17    document that is tab H.

18             (Verkhovskaya Deposition Exhibit 3 marked

19    for identification and attached to the

20    transcript.)

21             THE TECHNICIAN:  My apologies, Counsel.

22    H, as in Hector?

23             MR. ROSENTHAL:  Hector.  Yeah.

24             THE TECHNICIAN:  Thank you.  One moment,

25    please.

1    Facebook, are you?

2        A   No, I'm not opining on that.

3    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7    ▓▓▓▓▓▓▓▓

8    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10   ▓▓▓▓▓▓▓▓▓▓▓▓

11   ▓▓▓▓▓▓▓▓▓

12       Q   Can you provide an error rate for the

13   methodology that you propose in opinion 1?

14       A   I don't see any error rate in my

15   methodology at this time.

16   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

17   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

18   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19   ▓▓▓▓

20       Q   Have you published any papers discussing

21   the identification of a VPPA class based on the

22   method that you propose in opinion 1?

23       A   No.

24   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

25   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                              59



16    Q  But in terms of application to a class,

17  you have not had an opportunity to test your

18  methodology on a class-wide basis, correct?

19    A  That's correct.

20    Q  And you have never had an opportunity to

21  receive similar data from Meta in any other case,

22  correct?

23    A  That's correct.

24    Q  And so what's set forth in opinion 1 is a

25  proposal for work to be done and not a statement

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                                60

1   of work that has already been done, fair?

2       A   I think it's both.

3       Q   And you would say it's both because the

4   work that was done for the named plaintiff?

5       A   That's correct.

6       Q   And as to identification of a class, that

7   is a proposal for work to be done, correct?

8       A   That's a methodology for the work to be

9   done.   That's correct.

10      Q   Just to make sure we're clear, you were

11  not and never have been an employee of WebMD,

12  correct?

13      A   That's correct.

14      Q   Have you ever spoken with anyone from

15  WebMD about their data storage or computer

16  networks?

17      A   No.

18      Q   Have you ever reviewed WebMD's computer

19  system or networks?

20      A   No.

21      Q   Do you have any personal information about

22  WebMD's IT infrastructure?

23      A   No.

24      Q   Do you have any information concerning the

25  types of servers or databases being used by WebMD?

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                67

1       A  I am not aware.

2       Q  As part of your opinion development, did

3  you review WebMD's terms of use?

4       A  No.

5       Q  Did you review WebMD's privacy policy?

6       A  No.

7       Q  Did you review WebMD's cookie policy?

8       A  No.

9       Q  And you testified that your opinions

10  concerning available data are based on the fact

11  that Ms. Jancik's e-mail address was used to

12  identify data from Meta that was connected to her

13  Facebook account; is that correct?

14       A  Yes.

15

16

17

18

19

20

21

22       THE TECHNICIAN:  Yes, Counsel.  One

23  moment.

24

25

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                                    71





Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                    74

1
2
3
4
5      Q   Do you know how event data is stored at

6   Meta?

7      A   No.

8      Q   Do you know how event data is used at

9   Meta?

10      A   No.

11      Q   Do you know how long event data is stored

12   by Meta?

13      A   No.

14
15
16
17
18
19
20
21
22
23
24
25

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                    76

1   fixed or variable for an individual Facebook user?

2       A  No.

3       Q  Do you have any expertise or opinions that

4   you're offering in this case concerning C user

5   data?

6       A  No.

7       Q  Do you know how long Meta preserves C user

8   data?

9       A  No.

10      Q  In the context of users' data at Meta, do

11  you know what a separable ID is?

12      A  I understand that each user can have

13  several of those IDs.

14      Q  Do you know how many separable IDs a

15  Facebook user might have?

16      A  No.

17      Q  Do you know how a separable ID may be used

18  to identify information at Meta?

19      A  No.

20      Q  Do you know what efforts would be required

21  to locate event data for a given user on a

22  specific website?

23      A  I don't know what steps would have to be

24  taken by Meta.

25      Q  So you don't know anything about how

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                    77

1   manual or automated of a process it would be to

2   locate event data for a given user on a specific

3   website, fair?

4       A   Yes.

5       Q   And you do not know whether it would take

6   20 minutes or 20 hours to identify and pull

7   together event data for a given user on a specific

8   website, do you?

9       A   I don't know the time it would take to do

10  that, as I testified earlier.

11      Q   Are you aware of any policy at Meta that

12  segregates users' e-mail addresses from their

13  activity on or off Facebook?

14      A   I am not aware.

15

16

17

18

19

20

21

22

23      Q   The data that you reviewed and rely upon

24  for your opinions from WebMD you identified as

25  e-mail addresses for newsletter subscribers,

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                          78

1    correct?

2        A   Yes.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25        Q   Turning to paragraph 56 of your report,

1    it for other individuals, as well.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                                    83

1

2

3        Did I read that right?

4    A   Yes.

5    Q   That sentence is uncited, so I'm curious

6  of your basis for that assertion.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                    84



1    look for on other URLs?

2        A  Whether a certain document exists,

3    confirming IP addresses, looking for certain

4    keywords on certain web pages, verifying whether

5    the websites are still functioning, still up and

6    running.  That's all I can recall right now.

7        Q  Does that software have a name?

8        A  QBit.

9        Q  I'm sorry.  Can you say it again?

10       A  Yes.  Q, the word -- the letter Q, B-I-T.

11   QBit.

12       Q  And, certainly, the analysis of the

13   individual websites is not part of the opinions

14   that you offered in this case or in your report,

15   correct?

16       A  Correct.  I don't think that extra step is

17   necessary based on the data that was provided to

18   me to date.  And as I state in my report, should

19   additional information be provided, I can amend my

20   report.

21

22

23

24

25

1    conclusion, and I don't offer any legal opinions

2    or expertise in this case.



Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                                91

1

2

3

4

5

6

7

8

9

10

11

12

13

14          Do you have any opinion or information on

15   whether individual Facebook users have the ability

16   to modify their privacy settings on their own

17   Facebook accounts?

18          MR. LESLIE:  Asked and answered.

19          You may answer.

20      A   Yes.

21      Q   Yes, you have an opinion on individual

22   Facebook users' ability to modify their privacy

23   settings?

24      A   I believe there is an ability to modify

25   privacy settings on individual Facebook accounts.

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                                    92

1        Q   And would you similarly agree that

2   individual device users have the ability to modify

3   their privacy settings at the browser or device

4   level?

5        A   I agree.

6        Q   If you were to visit webmd.com from your

7   computer or smartphone, you would agree that WebMD

8   does not know if it's you or any other person

9   operating that device, correct?

10           MR. LESLIE:  Object to form.

11       A   Correct.

12       Q   In your experience, a website is tracking

13   information at the device level, not at the

14   individual human level, fair?

15       A   Correct.

16       Q   In your experience working in data

17   analytics and class member identification, would

18   you agree that multiple individual people might

19   share one computer or other internet-enabled

20   device?

21       A   It's a possibility, yes.

22       Q   Right.  For example, family members or

23   colleagues might share a computer?

24       A   Yes.

25       Q   And family members might share a tablet or

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                    93

1    a cell phone?

2        A   Yes.

3        Q   And so you would agree that just because

4    you have information about a particular device

5    visiting a website, that does not mean that you

6    know which person was using that device to visit

7    that website, correct?

8            MR. LESLIE:  Object to form.

9        A   That is correct.  You don't know one way

10   or another.

11       Q   And in your experience working in data

12   analytics and class member identification, would

13   you agree that multiple individual people may

14   share one e-mail address?

15           MR. LESLIE:  Object to form.

16       A   It's a possibility but more of an

17   exception to the rule.

18       Q   For example, a couple or a parent and

19   child may access a shared e-mail for certain

20   purposes, correct?

21       A   It's a possibility.

22       Q   And so just because you have an e-mail

23   address associated with a particular e-mail

24   newsletter subscription, that does not tell you

25   anything about what person was accessing that

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                           94

1    e-mail address, correct?

2          MR. LESLIE:  Object to form.

3      A  As I testified earlier, it is correct.

4    That's why we have the claims process in place.

5      Q  No, I understand the process that you may

6    propose to deal with it.  But just dealing with

7    the question at hand, I'll ask that again, if

8    that's okay.

9          Just because you have an e-mail address

10   associated with a particular e-mail newsletter

11   subscription, that does not tell you anything

12   about what person was accessing that e-mail

13   address, correct?

14         MR. LESLIE:  Same objection.

15     A  That is correct.  And that's why we have a

16   claims process in place.

17     Q  Does Class Experts Group have a Facebook

18   account?

19     A  Yes.

20     Q  Who manages that Facebook account?

21     A  One of our team members.

22     Q  And how many people have access to Class

23   Experts Group's Facebook account?

24     A  One.

25     Q  So if you wanted to access Class Experts

Transcript of Anya Verkhovskaya
Conducted on January 8, 2025                            95

1    Group's Facebook account, you wouldn't have access

2    to it?

3        A   I would ask for access to it.

4        Q   Okay.  And so, certainly, you would agree

5    that multiple people at Class Experts Group may

6    have access to the Facebook account, correct?

7        A   Correct.

8        Q   And so, necessarily, you would agree that

9    it's possible that companies or groups or families

10   might share a Facebook account, fair?

11       A   That's a possibility.  And in the

12   hypothetical, they may or may not use individual

13   e-mail addresses to get access to those shared

14   Facebook accounts.

15   ████████████████████████████████

16   █████████████████████████████████

17   ████████

18   ██████████

19   ████████████████████

20   ████████

21       Q   Other than what we've talked about today,

22   are you offering any other opinions relevant to

23   Ms. Jancik or WebMD in this case?

24       A   No.

25       Q   Other than what we've talked about today,