IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA M. JANCIK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WEBMD, LLC,<br><br>    Defendants. | CIVIL ACTION<br><br>CASE NO.: 1:22-cv-0644-TWT |

## DECLARATION OF PAUL ROSENTHAL
## IN SUPPORT OF DEFENDANT WEBMD'S SUR-REPLY IN
## OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, PAUL ROSENTHAL, am above the age of 18 years and competent to declare as follows:

1. I am an active member in good standing of the bars of the States of New Jersey, New York, and California, and I am admitted to the United States District Court for the Northern District of Georgia in this case *pro hac vice*. I am a partner in the law firm of Faegre Drinker Biddle & Reath LLP, and counsel of record for Defendant WebMD, LLC in this case.

2. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. I submit this declaration in support of Defendant's Sur-Reply to the Motion for Class Certification.

4. Attached hereto as Exhibit U is a true and correct copy of the relevant pages from the deposition transcript of Anya Verkhovskaya, dated January 8, 2025.

5.      Attached hereto as Exhibit V is a true and correct copy of the relevant pages from the January 23, 2024 deposition transcript of Meta Platforms, Inc. in *McDaniel, et al. v. Meta Platforms, Inc.*, Case No. 21-cv-383231.

6.      Attached hereto as Exhibit W is a true and correct copy of the Declaration of Meta data scientist Qiwen Xia, dated May 13, 2024 submitted as Exhibit 38 to Plaintiff's Reply in Support of Motion for Class Certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January, 2025, in Florham Park, New Jersey.

Respectfully submitted,

Dated: January 24, 2025

/s/     Paul A. Rosenthal
Paul A. Rosenthal (*pro hac vice*)
paul.rosenthal@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
Telephone:  +1 973 549 7000
Facsimile:   +1 973 360 9831

*Counsel for Defendant WebMD LLC*